# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

KENNETH EUGENE SMITH,      )
                                    )
          Plaintiff,       )
                                    )    Case No. 2:22-cv-00497-RAH
v.                              )
                                  )    CAPITAL CASE
JOHN Q. HAMM, Commissioner, Alabama )
Department of Corrections, and      )
ALABAMA DEPARTMENT OF     )
CORRECTIONS, an administrative   )
Department of the State of Alabama,  )
                                    )
          Defendants.    )

**DECLARATION OF ROBERT M. GRASS**

      ROBERT M. GRASS declares under penalty of perjury:

    1.  I am an attorney employed by Arnold & Porter Kaye Scholer LLP, co-counsel for Plaintiff Kenneth Eugene Smith.  I submit this declaration in opposition to Defendant's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and 42 U.S.C. § 1997e(c) [Doc. No. 10].

    2.  Attached as Exhibit 1 is a true and correct copy of a redacted lethal injection protocol received from the Office of the Attorney General in response to a request that the State of Alabama identify the protocol that it intends to govern Mr. Smith's execution.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on September 19, 2022.


                            */s/ Robert M. Grass*
                            Robert M. Grass

1

# EXHIBIT 1

**EXECUTION PROCEDURES**
**CONFIDENTIAL**
**March 2021**

I.     **General**

A.     This procedure establishes the responsibilities and procedures for the reception of a condemned inmate, for confinement, and for execution and day of execution preparation.

B.     This procedure identifies the responsibilities associated with an execution.

C.     This procedure outlines the forms used to ensure a professional and chronological order for executions.

D.     This document is confidential in nature and will be disseminated only to personnel having a need and right to know the contents herein.

E.     A permanent log will be kept by the ███████████████, beginning on Monday of the week of the execution. This log will reflect any practice, maintenance, and other preparations for the execution.

F.     Alabama Code Section 15-18-82.1(f) clearly states that, not withstanding any law to the contrary, the "prescription, preparation, compounding, dispensing, and administration of a lethal injection shall not constitute the practice of medicine, nursing, or pharmacy."

II.    **Reception of Condemned Inmate**

Once an inmate has received a sentence by the court to be executed, the condemned inmate will be transferred directly from the committing county to the W. C. Holman Correctional Facility, W. E. Donaldson Correctional Facility, or the Julia Tutwiler Prison for Women. Upon arrival, he/she will be processed through regular admission procedures, to include ███████████████ █████████████████████████████████████████████

III.   **Confinement**

Upon the receipt of a condemned person at W. C. Holman Correctional Facility, the inmate shall be confined in a cell designated by the Warden until the time of his/her execution arrives. Appropriate safeguards and security measures will be maintained as directed by the Warden. Pending the invoking of the ██████████-hour Death Watch, the condemned inmate will be maintained in accordance with Departmental Rules and Regulations.

1

## IV.    Warrant Notification

Whenever a person is sentenced to death, the clerk of the court in which the sentence is pronounced shall issue a warrant under the seal of the court for the execution of the sentence of death (source: Alabama Code Section 15-18-20).  The warrant identifies: the facts of the conviction, the offense, the judgment of the court, and the time fixed for the execution.  The court provides the warrant to the Marshal who delivers it to the Warden of W. C. Holman Correctional Facility (source: Alabama Code Section 15-18-80).

A.    Once the death warrant has been issued, the Warden will advise the offender as soon as possible.  This will normally be done in an attempt to notify the inmate prior to an announcement by the news media.

B.    If the inmate is at the W. E. Donaldson Correctional Facility or the Julia Tutwiler Prison for Women, the Warden of the W. C. Holman Correctional Facility will notify the Warden of the other facility and request the inmate be notified.

    1.    If the inmate is at the W. E. Donaldson Correctional Facility, arrangements will be made ▮▮▮▮▮▮▮▮ to have the inmate transferred to the W. C. Holman Correctional Facility.  Upon arrival at the W.C. Holman Correctional Facility, the inmate will see a physician ▮▮▮▮▮▮▮▮ for an assessment of his vein structure.

    2.    In the instance of a female inmate receiving a death warrant, the inmate will be moved to the W. C. Holman Correctional Facility ▮▮▮▮▮▮▮▮ prior to the execution.  The Warden of the Julia Tutwiler Prison for Women will have a physician assess her vein structure as soon as possible after notification of the death warrant.

C.    On the day the condemned inmate is advised of the death warrant, the Warden will inform him/her that:

    1.    The inmate may select a spiritual advisor to accompany him/her in the execution chamber;

    2.    The inmate may select one (1) alternate spiritual advisor to serve in the event that the originally named spiritual advisor will not/cannot serve at the time of the execution;

    3.    The inmate must inform the Warden of his/her choice of spiritual advisor and alternate no later than five (5) days after being advised of the death warrant;

    4.    The inmate's spiritual advisor and alternate must submit a written plan to the Warden for approval, for how the spiritual advisor intends to assist the inmate in his/her religious exercise in the execution chamber, no later than fourteen (14) days after the inmate receives notice of the death warrant.

**V.      Preparations  (Prior to Execution week)**

A.      On a day designated by the Warden, prior to execution week, the Warden and ███
████████ will meet with the execution team.

    1.      Team members will be given the opportunity to resign from the team.

    2.      Details of the scheduled execution will be discussed to bring everyone up to date.

B.      If lethal injection is to be the means of execution, the Warden will notify the members of
the IV team that they will be needed and schedule a time for them to view the offender's
veins prior to the scheduled execution.

    If it is determined that starting an IV through normal channels will not be possible due to
poor vein structure, refer to Annex C for protocol.

C.      If electrocution is to be the means of execution, the Warden will instruct █████████
███████ to contact a ████████████████ to inspect the equipment to be used for the
execution.

D.      The ████████████ will make sure that he has the supplies necessary to carry out the
execution.

E.      The Warden will notify the Warden of the G. K. Fountain Correctional Center of the
upcoming execution.  The Warden will request that he/she have the Media Center
checked for cleanliness, make sure the grounds are groomed,  and insure that the
telephone lines are operational.

F.      The Warden will meet with the condemned offender and advise him of the schedule for
execution week.  The Warden will attempt to answer any questions the condemned may
have in reference to the execution.

G.      After confirming that the spiritual advisor and alternate submitted a written plan within
fourteen (14) days after the condemned offender received notice of the death warrant, the
Warden or his designee shall meet with the spiritual advisor and alternate to review such
plan, and conduct orientation and training of the spiritual advisor and alternate in advance
of the execution.

**VI.     Preparations (Execution Week)**

A.      Members of the execution team will meet ████████████████████████
████████████████████████████████████ to walk through the steps of the execution to
include the removal of the offender from ████████████ to the ████████████
and the ██████████████████████████

3

███████████████████ The Warden and ████████ will rehearse their roles in the execution process at this time.

B. On ██████ of execution week, the ████████████ will make assignments of ██████████████ for the ████████-hour Death Watch.

C. ████████████████████, the Warden and ██████████ will meet with the outside security team.

    1. The Warden will brief the team on the number of offender and victim witnesses to expect and who they are, if known at that time, as well as the number of additional visitors to expect, the names of whom will be provided to the ████████ ████████ The Warden will also advise the team about media attention, if any is expected.

    2. The ████████ of the outside security team will make post assignments for ██ ████████████████ The ████████ will also assign an escort for the offender's witnesses and security for the Training Center.

D. The Warden will check the telephone in the Commissioner's viewing room to ensure that the line is working properly.

E. ████████████████████, the Warden's designee will contact ████████ to witness the execution and pronounce the time of death.

F. ████████████████████████████ the Warden or his designee will notify local law enforcement officials of the pending execution, including the State Troopers, Sheriff, and local authorities.

G. Equipment

    1. If lethal injection is to be the means of execution, ████████████████ ████████ shall be inspected and tested ██████ until the day of the execution.

    2. If electrocution is to be the means of execution, the electric chair, ████████ ████████████████████████ shall be inspected ████████████, in accordance with established procedures, ████████████████████████ ████████████ the equipment will be inspected and tested three (3) times. (See Annex A for procedures and steps for testing the electric chair and equipment)(See Annex B for instructions on sponge preparation)

4

## VII.   Placement of Offender in the Holding Cell

A minimum of ███████ officers shall be assigned to observe the condemned at all times during the ████████████-hour Death Watch.  If the condemned is a female, female security personnel will maintain security.  No other correctional staff or civilian personnel, except medical personnel, shall be allowed in the Death Watch area without approval of the Warden or the Warden's designee.  No inmates are allowed in the Death Watch area.

A.   The accused offender will be moved to the holding cell ████████████████████ ██████████████████, unless the Warden determines he/she should be moved there sooner.

B.   ████████████████████████████████████ the execution team will begin a ██████████ ████████████ will post outside the offender's cell.  The cell to be used will be that cell ████



1.   The cell will be thoroughly inspected for any contraband prior to initial placement of the condemned offender.

2.   The ████████████████████ will ensure that all functions of the cell are working.

3.   The officers assigned to this watch will ensure, during their time on duty, that the condemned offender is under constant observation, regardless of the offender's location.

4.   If an emergency should occur, the officer will initially contact the ████████ ████████████████.  As soon as possible, thereafter, the captain of the execution team and the Warden will be contacted.

5.   All activity will be recorded on the permanent log.  Information to be placed in the log will include, but will not be limited to, the following:

C.   The offender will have a bed, necessary linens, and one uniform of clothing.  All other items of the offender will be kept outside the cell.  The offender will be allowed access to personal hygiene items which will be passed to him/her and returned to the officers when he/she has completed use of the items.

1.   The offender will be allowed a television in the area that will sit outside the cell.

2.    The offender will be allowed access to the telephone.  The offender will advise the officer of the number he/she wishes to call and the officer will place the call. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3.    The offender will be allowed access to his/her mail.  The mail will be passed back to the officers when the offender has finished reading it.  All legal mail will be opened in the presence of the offender.

4.    The offender will be allowed access to a Bible, or its equivalent, and any other reading material approved by the Warden.

5.    ▮▮▮▮▮▮▮▮▮▮▮ will bring the offender's medication to him/her.  Sick call will be in accordance with institutional Rules and Regulations.  Sick call will be held in the ▮▮▮▮▮▮▮▮.

6.    The offender's meals will be delivered to him/her by ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮.

## VIII.  Visitation

A.    The condemned offender may submit to the Warden an extended visiting list for approval prior to execution week.  The Warden will make the approval and provide this list to the officers assigned to visitation.

B.    The condemned offender shall be allowed contact visits during execution week with family, friends, private clergy, and his legal representatives, as approved by the Warden.

Visitation will be at the following times:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

C.    There will be no more than fifteen (15) visitors allowed in the visitation area at any given time.

D.    The condemned offender may receive an institutional meal in the visitation area.  The visitors may purchase items from the vending machines for the offender's consumption.  No food will be allowed to be brought in from outside.

E.    Visitors will be allowed to leave the facility and return.  They will be processed every time they enter the facility.

F.    The ▮▮▮▮▮▮▮▮▮▮▮ will be available for the offender and his family.  The ▮▮▮▮▮ should visit with the condemned offender ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6

**IX.    Day of the Execution**

A.    The ███████████ will deliver the condemned offender's breakfast meal to the door of the Death Chamber.  The ███████████ on that post will receive the meal and serve it to the condemned offender in the holding cell.

    1.    The ███████ will prepare the condemned's meal.  No inmate will handle the condemned's meal.

    2.    The ███████ will ask the condemned offender if he wishes to have a last meal prepared and explain what items are available for him.

    3.    The condemned offender's last meal can be prepared from anything that is available in the institutional kitchen.

B.    At approximately ███████, the officers assigned to the Death Watch will inventory the condemned offender's property.  The condemned will have an opportunity to designate who he wishes his property to go to.

    1.    This information will be written out as a last will and testament and the condemned offender will sign the document in front of a notary public.

    2.    ████████████████████████████████████████████

C.    Visitation may begin at ███████ and proceed until approximately ███████

D.    The Warden or his/her designee will attain the funeral arrangements of the condemned. Specific information needed will be a next of kin, ████████████████ This information will be made available to the coroner's office and to the Department of Forensic Science.

E.    ████████████████████████████ will prepare the necessary lethal injection solution when lethal injection is the method of execution.

F.    The Warden will meet with the victims of the condemned offender's crime ███████ ███████

G.    ████████████, the condemned offender will be escorted from the visitation yard ███████

    1.    An examination of the accused will be completed and the results recorded on a Medical Treatment Record.

2.   If the condemned offender has a spiritual advisor, that person may be escorted to ████████████████████ and remain with the condemned until the condemned is escorted to the execution chamber, at which time the spiritual advisor will then be escorted ██████████████ while the condemned is prepared for the execution. Once the condemned is prepared, the spiritual advisor will be escorted to the execution chamber ████████████████

H.   The Commissioner's telephone line to the Governor's and/or Attorney General's staff will be opened.

I.   The condemned will be escorted to the execution chamber by the execution team and strapped to the gurney.

1.   If lethal injection is the means of execution, the IV Team will be escorted into the execution chamber to start the IV.  The heart monitor leads will be applied to the condemned.  If the veins are such that intravenous access cannot be provided, ██████████████████ will perform a central line procedure to provide an intravenous access.  (See Annex C)

2.   When electrocution will be the method of execution, the inmate will be escorted to the execution chamber and placed in the chair at approximately ████████  The offender will be strapped in with the electrode attached to the offender's left leg and head.

J.   The witnesses will be escorted to the appropriate execution witness room. The following persons may be present at the execution and none other:

1.   The Warden and such persons as may be necessary to assist him in conducting the execution

2.   The Commissioner of Corrections and/or his/her representative(s)

3.   Two (2) physicians

4.   The condemned's spiritual advisor

5.   The Chaplain of the W. C. Holman Correctional Facility

6.   Such news media as may be admitted by the Warden, not to exceed five (5) in number

7.   Any relatives or friends of the condemned offender that he/she may request, not to exceed six (6) in number  (No inmate shall be permitted to witness the execution)

8

8. Witnesses for the victim will be limited to immediate family members over the age of 19, not to exceed eight (8) in number. "Immediate family member" is defined to include parent(s), sibling(s), and/or children of the victim.

   If the condemned is being executed for a capital murder in which he/she killed two (2) or more people, each of the victims will be entitled to have no more than eight (8) immediate family members over the age of 19 witness the execution. If the total number of witnesses exceeds 12, however, the seats are to be apportioned equally among the victims.

   If fewer than six (6) immediate family members of a victim wish to view the execution, AND the condemned has OTHER murder and/or manslaughter conviction(s) for which he was NOT sentenced to death, then the remaining witness slots can be made available to immediate family members of that other victim(s).

   Because of restricted space, however, no more than a TOTAL of 12 immediate family members of the victim(s) will be allowed to actually view an execution.

K. The Warden will be informed when the condemned is prepared for execution.

   If the execution is to be carried out by lethal injection, the IV Team will complete its task and ██████████████████████████ The Warden will report to the execution area at this time. The IV Team will brief the Warden as to ██████████████ The curtains to the witness rooms will be opened.

L. The Warden will enter the execution chamber ██████████████ The microphone will be turned on and the Warden will read the warrant to the condemned offender.

M. The condemned offender will be allowed to make any last remarks. Remarks should be kept to about two (2) minutes.

N. The Warden and ██████████ will depart the execution chamber to the ██████████ Two (2) members of the execution team will remain in the execution chamber until notified to leave by the Warden.

O. The Warden will check with the Commissioner or his/her designee to see if there has been a last minute stay. If there has been no last minute stay, the two (2) members from the execution team remaining in the execution chamber will receive the signal to depart.

   1. These two (2) team members will make last minute checks of the IV lines in the case of lethal injection. One team member will exit the chamber and will ██████ ██████████ to the ██████████████ signaling it is okay to proceed. The second officer, designated by the Warden, will remain in the chamber and will position himself/herself at the condemned inmate's left side.

9

2.    In the case of electrocution, the two (2) officers will make last minute adjustments to the restraining straps.  The officers will place the headgear on the offender and the covering over the face.  When their tasks have been completed, ██████████ will ██████████ to the ██████████ signaling it is okay to proceed.

P.    When the signal to proceed has been received, the following will occur:

1.    In the case of lethal injection, the Warden will begin administering the lethal injection solution to the condemned offender.  The lethal injection solution will consist of:

     a.    100 mL of midazolam hydrochloride – two (2) 50mL syringes
     b.    20 mL of saline
     c.    60 mL of rocuronium bromide
     d.    20 mL of saline
     e.    120 mL of potassium chloride – two (2) 60 mL syringes

2.    In the case of lethal injection, after the Warden administers the 100 mL's of midazolam hydrochloride and 20 mL's of saline but before he/she administers the second and third chemicals, the one (1) team member who remained in the execution chamber will assess the consciousness of the condemned inmate by applying graded stimulation, as follows.  The team member will begin by saying the condemned inmate's name.  If there is no response, the team member will gently stroke the condemned inmate's eyelashes.  If there is no response, the team member will then pinch the condemned inmate's arm.

In the unlikely event that the condemned inmate is still conscious, the Warden will use the secondary IV line to administer the 100 mL's of midazolam hydrochloride in the back up set of syringes. After all 100 mL's of midazolam hydrochloride and 20 mL's of saline are administered, the team member in the execution chamber will repeat the graded stimulation process set out above. When the secondary IV line is used for midazolam hydrochloride it is also used to administer the remaining chemicals.

After confirming that the condemned inmate is unconscious, such will be documented and the Warden will continue with administering the second and third chemicals.

3.    When electrocution is the means of execution, the Warden will push the button which will begin the process of 2200 volts of electricity flowing through the offender's body for a period of 20 seconds.  The amount of electricity will decrease to 220 volts for the next 100 seconds.

10

Q.   When the execution has been carried out, ████████████████ will be notified ████████   In the case of lethal injection, members of the ████████ will be ████████

   1.   ████████████████████████ will enter the execution chamber and close the curtains.

   2.   The ████████████ will be escorted from the ████████████.

   3.   The ████████ will be escorted from the ████████████ to the ████████████

   4.   Witnesses of the execution will be escorted from the ████████████████████ ████████████

   5.   The Warden will escort the ████████ into the ████████████████ The ████████ will do a thorough check and pronounce a time of death.

   6.   The ████████ will be escorted from the ████████

R.   ████████████████████████ will enter the execution chamber.

   1.   In the case of lethal injection, the IV lines and straps will be detached. The body will be placed in a body bag and onto a stretcher to be taken by van to the Department of Forensic Science for a postmortem examination.

   2.   In the case of electrocution, the electrodes will be detached and the transformer will be disconnected and locked.  The body will be placed in a body bag and onto a stretcher to be taken by van to the Department of Forensic Science for a postmortem examination

S.   ████████████████████ will attach a tag to the body bag and have the representatives of the Department of Forensic Science sign for receipt of the body.

T.   Members of the execution team will do a brief clean-up of the execution chamber and exit through the ████████████████ The following day several members of the execution team will conduct a more thorough clean-up of the execution chamber.

## X.   Actions after the Execution

A.   Press Conference - The Public Information Officer (PIO) for the Department of Corrections will advise the news media that the Order of the Court has been carried out.

   1.   The PIO will provide the time of death, any last words the condemned offender may have had, and if any unusual incidents occurred during the execution.

2.      News media who were unable to witness the execution will have an opportunity to ask questions of the news media members that were witnesses.

3.      Members of the condemned's family will have an opportunity to meet the press and make a statement.  The victim's witnesses will also have an opportunity to appear before the news media.  At no time will these two (2) groups be allowed to intermingle with each other.

B.      Interment - The body may be released to the condemned's relatives at their expense or, if the body is not claimed by friends or relatives, it will be the Department of Corrections' responsibility to bury the remains.

C.      Staff participants will be afforded the opportunity to meet with Critical Incident Debriefing Team members if they so desire.

D.      Permanent logs will be typed by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and sent back for signatures.  Once all signatures have been obtained, the log will be forward to the Warden for review and his signature.  No copies of the log will be made without permission of the Commissioner.

## Annex A

## Procedures and Steps for Testing the Electric Chair and Equipment

The electrocution equipment should be tested twice (2) monthly, no sooner than the ▓ of the month and no later than the ▓ of the month, with at least ▓▓▓ days between tests.  Each test will be logged.  If electrocution is to be the means of execution, the electrocution equipment will be tested ▓▓▓▓▓▓▓▓▓ from the time the death warrant is received until ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ the equipment will be tested ▓▓▓▓▓▓▓ until the day of the execution. ▓▓▓▓▓▓▓▓▓▓▓ the equipment will be tested ▓▓▓ ▓▓▓ prior to the time of the execution.

1.      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ will be present during any testing.

2.      The Warden ▓▓▓▓▓▓▓▓▓▓▓▓ will be present and will select ▓▓▓▓▓▓ ▓▓▓▓▓ on the execution team to be present during any testing.

3.      No other personnel should be present during testing without the permission of the Warden ▓▓▓▓▓▓▓▓▓▓

4.      All testing equipment ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ will be checked to ensure they are all in operating order.

5.     All power switches will be in the "off" position.

6.     All jacks and connections will be checked for cleanliness and to ensure they are free of corrosion.  All leads will be checked to ensure they are intact and have no visible  signs or cracking or any signs of frail ends.

7.     The leads will be connected to the load bank register.

8.     The ███████████████ will be connected with the ███████████████████ ████ connected to the ████████

       a. ███████████████████████████████████
       b.
       c. ███████████████████████████████████

9.     Make sure everyone is ready to test the equipment.

10.    ███████████████ will turn the power on in the equipment room.

11.    ███████████████████████ will then enter the control room and turn on the ███████████ ████

12.    ██████████████ will turn on the power for the equipment.

13.    After making sure that everyone is clear, the switch will be thrown and the meters will be read and recorded.

14.    ███████████████████████ will be located in the █████████ They will read ████████ and ████████ from the ████████

15.    ████████████████████████████████ will be located in the execution chamber.  They will read the voltage on the Simpson 360 voltage meter.

16.    The process will be repeated again after a ███████████████████ wait on generator power.

17.    After testing is completed, ████████████████████ will turn off all power switches and padlock all disconnect panels in the "off" position. ███████████████ will check all padlocks to ensure they are locked.

Each time the chair is tested, all other equipment will undergo a check or test to ensure that all is in working order and could be used if needed.  Sponges will be checked for durability to ensure they are not torn, shrunken, or weak in texture and that they are free from any salt from a prior execution.  Electrodes will be checked to ensure they are clean and free from any deterioration of

the wires that connect to the power source.  Also, all connections will be checked to insure they are tight.  Security straps will also be checked to ensure they are free from cracking and that buckles are clean and in good working order.



## Annex B

### Procedures for Preparation and Maintenance of Sponges

1.  Sponges will be soaked in a salt and water solution for a ▮▮▮▮▮▮▮▮▮▮▮ prior to the time of execution.  The sponges should be taken from the salt water solution approximately ▮▮▮▮▮▮▮▮▮ prior to the execution.

2.  Sponges will be temporarily tacked lightly to the electrodes for proper positioning.  When positioned, remove the tacking stitches.  When ready for use, soak the sponges in fresh water and squeeze dry.  Sew sponges with black carpet thread to the screening, placing stitches not ▮▮▮▮▮▮ apart and following around the outer edges, down the center, and around the binding posts.  The object is to get a good firm contact.  Do not pull the stitches too tight, thereby preventing the sponge from soaking up the solution.

3.  The leg electrode will go on the left calf below the knee, placed so the binding post is on the outside making it more easily seen and reached for attaching the electrical wire.  The shortened strap should be on this same side so the buckle can also be reached.  When placing in position, pass the long strap around the leg and insert loosely through the buckle.  Raise into position with the right hand and tighten the strap through the self-tightening buckle with the left hand.  Draw the strap fairly tight but not so tight that when muscle contractions take place during electrocution there would be danger of breakage.

4.  The headset will be made prior to use to approximately fit the condemned inmate's head.  Adjustment will be done by means of sliding straps on each side.  Place the head set on the head, being careful not to come down too far on the forehead if possible.  Position the short strap with the buckle on it on the side that the operator will be working on.  Pass the long strap under the chin and fasten snugly.  Connect the wire to the binding post.  Use number ▮▮▮▮▮▮▮▮▮ insulation for both the head and leg wires.  Solder the ends so they won't separate and so the barred ends will go into the hole in the posts.  Use the sponges saturated in the salt solution.  Squeeze enough solution out with the flat of the hand so excessive dripped will be avoided.  In making electrical current contact, be careful not to burn the sponge and the outer skin of the condemned inmate.

5.  After use, cut the black threads, remove the sponges, and rinse carefully in fresh water.  Be very careful not to cut the tan thread that the pieces of sponge are sewn together with.  Remove any black thread pieces and rinse the screws thoroughly to remove all traces of salt water or corrosion will ensue.  Keep the straps soft with Neats Foot Oil.

6.  Only saltwater sponges are to be used.  Sponges should be stored in a clean dry place.

15

**Annex C**

**IV Team – Detailed Instructions**

The Warden or designee will have two (2) intravenous infusion devices placed in veins of the condemned and a saline solution available for an infusion medium. Those persons engaged in this activity will be referred to as the IV Team. For these purposes, ███████████████ ███████████ (if necessary), ████████████████████ and other ████████████ - as are necessary - will make up this team. ████████████████ ██████████ will normally be ████████████████



a.     An IV administration set shall be inserted into the outlet of the bag of normal saline solution. Two (2) IV bags will be set up in this manner.

b.     The IV tubing shall be cleared of air and made ready for use.

c.     The standard procedure for inserting IV access will be used. If the veins are such that intravenous access cannot be provided, ████████████████ will perform a central line procedure to provide an intravenous access.

d.     The IV tubing for both set-ups will be connected to the receiving port of the IV access - one (1) for the primary vein and the other for the secondary vein.

e.     At this point, the administration sets shall be running at a slow rate of flow (KVO), and ready for the insertion of syringes containing the lethal agents. The Warden, or his designee, shall maintain observation of both set-ups to ensure that the rate of flow is uninterrupted. NO FURTHER ACTION shall be taken until the Warden has consulted with the Commissioner regarding any last minute stay by the Governor or the courts.

16

**Annex D**

**Syringe Preparation**

The following is the syringe sequence:

| | | |
|---|---|---|
| Syringe 1 | midazolam hydrochloride | 50 mL – 250 mg |
| Syringe 1A | midazolam hydrochloride | 50 mL – 250 mg |
| Syringe 2 | saline (sodium chloride) | 20 mL |
| Syringe 3 | rocuronium bromide | 60 mL – 600 mg |
| Syringe 4 | saline (sodium chloride) | 20 mL |
| Syringe 5 | potassium chloride | 60 mL – 120 mEq |
| Syringe 5A | potassium chloride | 60 mL – 120 mEq |

Any team member participating in the syringe preparation process shall wear medically approved gloves to ensure the safety of each team member and the preparation process.

**I.    Syringes 1 and 1A, midazolam hydrochloride procedure:**

1. Remove piercing pin from pouch
2. Remove cover from piercing pin
3. Remove flip top from vial of midazolam hydrochloride
4. Insert piercing pin into the stopper with a downward twisting motion
5. Insert sixty cubic centimeter (60cc) syringe into piercing pin and twist until secure
6. Pull back on the syringe to transfer the midazolam hydrochloride into the syringe
7. For each syringe (1 and 1A), conduct items 1 through 6 five (5) times.  Each vial of midazolam hydrochloride contains 50 mg of the drug in 10mL.

**II.    Syringe 2, sodium chloride (saline) procedure:**

1. Remove piercing pin from pouch
2. Remove cover from piercing pin
3. Remove flip top from sodium chloride vial or any protective packaging from sodium chloride bag
4. Insert piercing pin into the stopper with a downward twisting motion
5. Insert syringe into piercing pin and twist until secure
6. Pull back on the syringe to transfer the sodium chloride into the syringe until 20 mL are drawn into the syringe

17

**III.    Syringe 3, rocuronium bromide procedure:**

1.    Remove piercing pin from pouch
2.    Remove cover from piercing pin
3.    Remove flip top from vial of rocuronium bromide
4.    Insert piercing pin into the stopper with a downward twisting motion
5.    Insert sixty cubic centimeter (60cc) syringe into piercing pin and twist until secure
6.    Pull back on the syringe to transfer the rocuronium bromide into the syringe
7.    Conduct items 1 through 6 twelve (12) times.  Each vial of rocuronium bromide contains 50 mg of the drug in 5 mL.

**IV.    Syringe 4, sodium chloride (saline) procedure:**

Repeat procedures for syringe 2.

**V.    Syringe 5 and 5A, potassium chloride procedure:**

1.    Remove piercing pin from pouch
2.    Remove cover from piercing pin
3.    Remove flip top from vial of potassium chloride vial
4.    Insert piercing pin into the stopper with a downward twisting motion.
5.    Insert sixty cubic centimeter (60cc) syringe into piercing pin and twist until secure
6.    Pull back on the syringe to transfer the potassium chloride into the syringe
7.    For each syringe (5 and 5A), conduct items 1 through 6 three (3) times.  Each vial of potassium chloride contains 40 mEq of the drug in 20 mL.


**Repeat the above procedures for a backup tray of syringes.**

18