IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH EUGENE SMITH, </br></br>        Plaintiff, </br></br> v. </br></br> JOHN Q. HAMM, Commissioner, </br> Alabama Department of Corrections, </br> *et al.*, </br></br>        Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) CASE NO. 2:22-CV-497-RAH </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## **ORDER**

Now pending before the Court is Defendants' Motion to Dismiss.  (Doc. 10.) Accordingly, upon consideration of the motion, and for good cause, it is hereby ORDERED as follows:

1. Oral argument on the Defendants' Motion to Dismiss (Doc. 10) is SET for **October 13, 2022, at 1:00 p.m. CDT** in Courtroom 2D, Frank M. Johnson, Jr. U.S. Courthouse, 1 Church Street, Montgomery, Alabama.  The Clerk of the Court is DIRECTED to provide a court reporter for this proceeding.

2. Defendant **John Q. Hamm**, Defendants' counsel **Richard Dearman Anderson**, and ADOC Legal Counsel **Jody Stewart** ***shall attend*** the oral argument to discuss and confirm the following representation made in Defendants' reply brief: "Defendants stipulate that they *will not* employ a

'cutdown' procedure or intramuscular sedation during the execution of Smith set for November 17, 2022. … Smith's only potential avenue for relief would be an order prohibiting such "dispensable preliminary procedure[s].'" (Doc. 14 at 9.)

DONE, on this the 6th day of October, 2022.

                                            /s/ R. Austin Huffaker, Jr.
                                    R. AUSTIN HUFFAKER, JR.
                                    UNITED STATES DISTRICT JUDGE