# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **KENNETH EUGENE SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 2:22-cv-00497-RAH |
| v. ) | |
| ) | |
| **JOHN Q. HAMM, Commissioner,** ) | **EXECUTION SCHEDULED FOR** |
| **Alabama Department of Corrections,** ) | **NOVEMBER 17, 2022** |
| ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Angelique Ciliberti, and enters her appearance as counsel for Plaintiff Kenneth Eugene Smith in the above-styled matter.

Dated: November 1, 2022

                                               Respectfully submitted,

                                               */s/ Angelique Ciliberti*
                                               Angelique Ciliberti (ASB: 1504-T44C)
                                               ARNOLD & PORTER KAYE SCHOLER LLP
                                               601 Massachusetts Ave, NW
                                               Washington, DC 20001-3743
                                               (T) 202-942-5000
                                               (F) 202-942-5999
                                               angelique.ciliberti@arnoldporter.com

                                               *Attorney for Plaintiff Kenneth Eugene Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification to the following:

Richard D. Anderson
Assistant Attorney General
Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL 36130
Richard.Anderson@AlabamaAG.gov
*Attorney for Defendant*

*/s/ Angelique Ciliberti*
Angelique Ciliberti
ASB: 1504-T44C