**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

KENNETH EUGENE SMITH,  )
                                   )
        Plaintiff,  )
                                     )  Case No. 2:22-cv-00497-RAH
v.  )
                                     )  **CAPITAL CASE**
JOHN Q. HAMM, Commissioner, Alabama  )
Department of Corrections,  )  **SCHEDULED FOR EXECUTION ON**
                                     )  **NOVEMBER 17, 2022**
        Defendant.  )

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff Kenneth Eugene Smith appeals from the Final

Judgment (Doc. No. 23) and Memorandum Opinion (Doc. No. 22), which were entered on October

16, 2022 and which dismissed Mr. Smith's Complaint (Doc. No. 1) with prejudice and denied his

motion for expedited discovery and a scheduling order (Doc. No. 17) as moot, and from the

Memorandum Opinion and Order (Doc. No. 33), which was entered on November 9, 2022 and

which denied Mr. Smith's motion to alter or amend the judgment under Federal Rule of Civil

Procedure 59(e) (Doc. No. 24).  This appeal is permitted under 28 U.S.C. § 1291.

 Dated:  November 10, 2022                 Respectfully submitted,

                                          */s/ Andrew B. Johnson*
                                          Andrew B. Johnson
                                          BRADLEY ARANT BOULT CUMMINGS,
                                          LLP
                                          1819 Fifth Avenue North
                                          Birmingham, Alabama 35203
                                          (205) 521-8000
                                          ajohnson@bradley.com

                                          Jeffrey H. Horowitz (NY Bar No. 3949070)
                                          Robert M. Grass (NY Bar No, 2501278)
                                          David Kerschner (NY Bar No. 5126420)

1

ARNOLD & PORTER KAYE SCHOLER
LLP
250 West 55th Street
New York, New York 10019-9710
jeffrey.horowitz@arnoldporter.com
robert.grass@arnoldporter.com
david.kerschner@arnoldporter.com

Angelique Ciliberti (ASB: 1504-T44C)
ARNOLD & PORTER KAYE SCHOLER
LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: 202-942-5000
Fax: 202-942-5999
angelique.ciliberti@arnoldporter.com

*Attorneys for Plaintiff Kenneth Eugene Smith*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the Pacer system, which will send notification to the following:

Richard D. Anderson
Assistant Attorney General
Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL 36130
Richard.Anderson@AlabamaAG.gov

Thomas A. Wilson
Deputy Solicitor General
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130-0152
Thomas.Wilson@AlabamaAG.gov

*Attorney for Defendant*

_____*/s/ Andrew B. Johnson*_____
Of Counsel