IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-13781

_____

KENNETH EUGENE SMITH,

                                                                   Plaintiff-Appellant,

versus

COMMISSIONER, ALABAMA
DEPARTMENT OF CORRECTIONS,

                                                                   Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

ORDER:

The Court will hear oral argument in this case on Wednesday November 16, 2022 at 2:30 pm in Atlanta, Georgia.

                                                                 DAVID J. SMITH
                                   Clerk of the United States Court of
                                       Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION