# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 17, 2022

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 22-13781-P
Case Style: Kenneth Eugene Smith v. Commissioner, Alabama Department of Corrections
District Court Docket No: 2:22-cv-00497-RAH

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: David L. Thomas
Phone #: (404) 335-6171

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-13781-P

_____

KENNETH EUGENE SMITH,

                                               Plaintiff - Appellant,

versus

COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,

                                               Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

Before: WILSON, JILL PRYOR and GRANT, Circuit Judges.

BY THE COURT:

      Pursuant to Fed. R. App. P. 41(b), the Court *sua sponte* EXPEDITES issuance of the mandate in this appeal. The Clerk is directed to issue the mandate forthwith.