IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KENNETH EUGENE SMITH,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN Q. HAMM, Commissioner, Alabama Department of Corrections,<br><br>      Defendant. | Case No. 2:22-cv-00497-RAH<br><br>**CAPITAL CASE**<br><br>**SCHEDULED FOR EXECUTION ON NOVEMBER 17, 2022** |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff Kenneth Eugene Smith appeals from the Memorandum Opinion and Order (Doc. No. 50), which was entered on November 17, 2022 and denied Mr. Smith's emergency motion to stay execution and motion for preliminary injunction. This appeal is permitted under 28 U.S.C. § 1291.

Dated: November 17, 2022

Respectfully submitted,

    */s/ Andrew B. Johnson*
Andrew B. Johnson
BRADLEY ARANT BOULT CUMMINGS, LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
ajohnson@bradley.com

Jeffrey H. Horowitz (NY Bar No. 3949070)
Robert M. Grass (NY Bar No, 2501278)
David Kerschner (NY Bar No. 5126420)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
jeffrey.horowitz@arnoldporter.com
robert.grass@arnoldporter.com

1

david.kerschner@arnoldporter.com

Angelique Ciliberti (ASB: 1504-T44C)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: 202-942-5000
Fax: 202-942-5999
angelique.ciliberti@arnoldporter.com

*Attorneys for Plaintiff Kenneth Eugene Smith*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the Pacer system, which will send notification to the following:

Richard D. Anderson
Assistant Attorney General
Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL 36130
Richard.Anderson@AlabamaAG.gov

Thomas A. Wilson
Deputy Solicitor General
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130-0152
Thomas.Wilson@AlabamaAG.gov

*Attorney for Defendant*

                                                _____Andrew B Johnson_____
                                                                 Of Counsel