IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KENNETH EUGENE SMITH,           )
                                )
          Plaintiff,            )
                                )
     v.                         )          CASE NO. 2:22-cv-497-RAH
                                )
JOHN Q. HAMM, Commissioner,     )
Alabama Department of Corrections, )
*et al.*,                       )
                                )
          Defendants.           )

## ORDER

Pending before the Court is the *Emergency Motion for Access and to Preserve Evidence* (Doc. 58) filed by Plaintiff Kenneth Eugene Smith on November 18, 2022. On November 17, 2022, the Alabama Department of Corrections attempted to carry out the execution of Plaintiff via lethal injection.  The execution was terminated at some point before midnight.  Plaintiff requests that one of his attorneys and/or one of his agents be given access to meet with him in person today at Holman Correctional Facility.  The Commissioner filed a response to Plaintiff's emergency motion generally consenting to Plaintiff's requests.  (Doc. 60.)  Upon consideration of the Motion and for good cause, it is

ORDERED that the Motion is GRANTED as follows:

(1)  Plaintiff's counsel and one of his agents shall be allowed direct, in-person access to the Plaintiff tomorrow, Saturday, November 19, 2022, between 7:30 and 9:30 AM and between 2:30 and 5:00 PM (CST),  as well as Sunday, September 25, 2022 between 2:30 and 5:00 PM at Holman Correctional Facility;

(2) Plaintiff's counsel shall be permitted to bring an iPhone (or other smartphone) into the facility.  The phone shall be kept in "airplane mode" for the duration of the visit, meaning the phone should not be turned on in such a manner that it will connect via WiFi or cellular means;

(3) Plaintiff's counsel shall be allowed to take photos and videos when meeting with Plaintiff.  Plaintiff's counsel will use his/her best efforts to minimize any security risks when taking photos and videos;

(4) ADOC counsel shall make immediate efforts to locate and preserve evidence concerning the attempted execution, including but not limited to notes, emails, texts, and used medical supplies such as syringes, swabs, scalpels, and IV-lines;

(5) Commissioner Hamm, Warden Raybon, and any and all ADOC officials involved in the execution shall preserve all notes, emails, and texts concerning the execution, including those made and/or exchanged before

(starting at 6 PM, November 17, 2022), during, and after the attempted execution; and

(6) ADOC shall preserve any records related to any medical observation, inspection, charting, and/or treatment of the Plaintiff both before and after the attempted execution.

DONE, on this the 18th day of November, 2022.

_____/s/ R. Austin Huffaker, Jr._____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE
