# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

December 02, 2022

Ashley Brook Burkett
Arnold & Porter Kaye Scholer, LLP
601 MASSACHUSETTS AVE NW
WASHINGTON, DC 20001-3743

Robert Grass
Arnold & Porter Kaye Scholer, LLP
250 W 55TH ST
NEW YORK, NY 10019

Andrew Burns Johnson
Bradley Arant Boult Cummings, LLP
1819 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 22-13846-P
Case Style: Kenneth Eugene Smith v. Commissioner, Alabama Department of Corrections
District Court Docket No: 2:22-cv-00497-RAH

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: David L. Thomas
Phone #: (404) 335-6171

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-13846-P

_____

KENNETH EUGENE SMITH,

                          Plaintiff - Appellant,

versus

COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,

                          Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

Before: WILSON, JILL PRYOR, and GRANT, Circuit Judges.

BY THE COURT:

On November 17, 2022, Appellant appealed the district court's order denying Appellant's motion for preliminary injunction and moved to stay his pending execution. We granted Appellant's motion, but the Supreme Court of the United States vacated our stay. Despite this, Appellant's execution was not carried out.

Appellant's pending appeal of the denial of the preliminary injunction remains open in this court. As a result, the parties are ordered to file, jointly or separately, within 10 days of the date of this Order, a motion or letter brief (neither to exceed 10 pages) addressing how Appellant's appeal should proceed.