# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

December 09, 2022

Andrew Burns Johnson
Bradley Arant Boult Cummings, LLP
1819 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 22-13846-P
Case Style: Kenneth Eugene Smith v. Commissioner, Alabama Department of Corrections
District Court Docket No: 2:22-cv-00497-RAH

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: David L. Thomas
Phone #: (404) 335-6171

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-13846-P

_____

KENNETH EUGENE SMITH,

                        Plaintiff - Appellant,

versus

COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,

                        Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

Before: WILSON, JILL PRYOR and GRANT, Circuit Judges.

BY THE COURT:

    Appellant's unopposed motion to dismiss this appeal is GRANTED.