# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **KENNETH EUGENE SMITH,**  *Plaintiff,*  v.  **JOHN Q. HAMM,** in both his individual and official capacities as Commissioner, Alabama Department of Corrections; **TERRY RAYBON,** in both his individual and official capacities as Warden, Holman Correctional Facility; **STEVE MARSHALL**, in both his individual and official capacities as Attorney General State of Alabama; **MICHAEL WOOD**, in both his individual and official capacities as Deputy Warden, G.K. Fountain Correctional Facility; **JOHN DOES 1–3**,  *Defendants*. | Case No. 2:22-cv-497-RAH |

## NOTICE OF APPEARANCE

Comes now A. Reid Harris, a member of the bar of this Court, and enters his appearance in this matter on behalf of Defendants John Q. Hamm, Terry Raybon, Steve Marshall, and Michael Wood.

Respectfully submitted,

s/ A. Reid Harris
A. Reid Harris (ASB-1624-D29X)
*Assistant Attorney General*

                                                                    2

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 242-7300
Fax: (334) 353-8400
Reid.Harris@AlabamaAG.gov

***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ A. Reid Harris
***Counsel for Defendants***
