IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH EUGENE SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:22-cv-497-RAH ) |
| JOHN Q. HAMM, Commissioner, Alabama Department of Corrections, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

# **ORDER**

In light of the Plaintiff's Motion to Compel Responses to Discovery Requests (Doc. 80), it is **ORDERED** that the parties shall abide by the following briefing schedule in response to the motion:

(1) The Defendants shall file a response brief on or before March 8, 2023.

(2) The Plaintiff shall file a reply brief on or before March 15, 2023.

**DONE** this 23rd day of February, 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE