# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **KENNETH EUGENE SMITH,** | ) |
| | ) **Case No. 2:22-cv-00497** |
| *Plaintiff*, | ) |
| | ) CAPITAL CASE |
| v. | ) |
| | ) |
| **JOHN Q. HAMM,** *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## MOTION TO WITHDRAW

COMES NOW the undersigned, Thomas A. Wilson, and files this Motion for Leave to Withdraw as counsel of record for John Q. Hamm. As grounds for said Motion, undersigned states that effective March 24, 2023, he will no longer be working for the State of Alabama. Defendant Hamm will continue to be represented by Richard D. Anderson and A. Reid Harris, and no party will be prejudiced by this withdrawal.

Respectfully submitted,

STEVE MARSHALL
Attorney General

/s/ Thomas A. Wilson
THOMAS A. WILSON
*Deputy Solicitor General*

**Counsel for Defendant**

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
Phone:  334.242.7300
Fax:  334.353.8400
Thomas.wilson@AlabamaAG.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Thomas A. Wilson
THOMAS A. WILSON
*Deputy Solicitor General*