IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH EUGENE SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:22-cv-497-RAH |
| JOHN Q. HAMM, Commissioner, Alabama Department of Corrections, *et al.*, | ) ) ) ) ) |
| Defendants. | ) ) |

# **ORDER**

For the reasons stated at the May 24, 2023 telephonic status conference, and for good cause, it is hereby ORDERED as follows:

1. Going forward, the parties shall keep the Court apprised of any developments in the Alabama Supreme Court regarding any execution motion filed as to Plaintiff Kenneth Eugene Smith as follows:

   a. If a party files any papers with the Alabama Supreme Court, the party shall notify this Court, with the papers attached, **as soon as practicable but no later than eight hours** after filing the papers with the Alabama Supreme Court.

   b. If the Alabama Supreme Court issues an Order or any other filing, the Defendants shall notify this Court, with the papers attached, **as**

**soon as practicable but no later than eight hours** after receiving notice of the Alabama Supreme Court's action.

2. Going forward, the parties shall also keep the Court apprised of any significant developments in any ancillary state court proceeding, including the filing of any further actions, **as soon as practicable but no later than eight hours** after a development occurs.

**DONE** this 24th day of May, 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE